## ATTACHMENT A

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| .MRNA210806P405 | Account 3 | Aug. 6, 2021 |
| .MRNA210813C470 | Account 3 | Aug. 10, 2021 |
| .TSLA210806C700 | Account 3 | Aug. 3, 2021 |
| AAMC | Account 5 | Aug. 31, 2021; Sep. 1, 2021; Sep. 2, 2021; Sep. 3, 2021 |
| ACAQ | Account 10 | Oct. 5, 2023; Oct. 11, 2023 |
| ACLX | Account 1 | June 9, 2022 |
| ACXP | Account 10 | Oct. 13, 2023; Oct. 17, 2023 |
| ACY | Account 3; Account 4; Account 5 | July 9, 2021; July 13, 2021; Aug. 3, 2021; Aug. 4, 2021; Aug. 5, 2021; Aug. 6, 2021; Aug. 9, 2021; Aug. 10, 2021; Aug. 11, 2021; Aug. 12, 2021; Aug. 13, 2021; Aug. 16, 2021; Aug. 17, 2021; Aug. 23, 2021; Aug. 25, 2021; Sep. 23, 2021; Oct. 11, 2021 |
| ADGI | Account 4 | Dec. 1, 2021; Dec. 14, 2021 |
| ADTX | Account 9 | Aug. 23, 2023; Aug. 30, 2023; Aug. 31, 2023; Sep. 1, 2023; Sep. 5, 2023; Sep. 6, 2023; Sep. 13, 2023; Sep. 15, 2023; Sep. 27, 2023; Sep. 28, 2023 |
| AEHL | Account 3 | June 9, 2021 |
| AERC | Account 1; Account 4 | Nov. 30, 2021; Dec. 1, 2021; Dec. 2, 2021; Dec. 20, 2021; Dec. 22, 2021; Dec. 27, 2021; June 7, 2022; June 8, 2022; June 10, 2022; June 13, 2022; June 14, 2022; June 15, 2022; June 16, 2022; June 24, 2022; June 27, 2022; June 29, 2022; July 1, 2022; July 6, 2022; July 7, 2022; July 8, 2022 |
| AGIL | Account 5 | Sep. 3, 2021 |
| AHPI | Account 5 | July 13, 2021; July 19, 2021 |
| AIRE | Account 10 | Nov. 6, 2023 |
| AIRT | Account 5 | Sep. 7, 2021 |
| AKAN | Account 4 | March 15, 2022; March 16, 2022; March 21, 2022 |
| ALF | Account 5 | Aug. 17, 2021 |
| ALGN | Account 1 | April 28, 2022 |
| ALLG | Account 1; Account 2; Account 4 | March 24, 2022; March 24, 2022; March 25, 2022; March 28, 2022; April 22, 2022; April 27, 2022; April 28, 2022 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| ALLR | Account 8 | July 5, 2023 |
| ALNY | Account 4 | Dec. 27, 2021 |
| AMBI | Account 8 | March 14, 2023; March 20, 2023; March 21, 2023 |
| AMC | Account 5 | July 14, 2021; July 15, 2021 |
| AMPX | Account 8 | March 23, 2023 |
| AMV | Account 7 | Jan. 13, 2023 |
| AMZN--220218C03100000 | Account 1 | Feb. 14, 2022 |
| AMZN--220422C03050000 | Account 1 | April 19, 2022 |
| ANGH | Account 1 | Feb. 10, 2022; Feb. 17, 2022; March 2, 2022; April 5, 2022; April 6, 2022 |
| ANVS | Account 3; Account 5; Account 10 | June 21, 2021; July 30, 2021; Dec. 27, 2023 |
| AONC | Account 9 | Sep. 21, 2023; Sep. 22, 2023; Sep. 25, 2023 |
| APLM | Account 8 | March 30, 2023; March 31, 2023; April 3, 2023 |
| APPN | Account 1 | May 10, 2022 |
| APRN | Account 8 | June 9, 2023; June 12, 2023 |
| ARL | Account 5 | July 15, 2021 |
| ARQQ | Account 4 | Sep. 17, 2021; Sep. 21, 2021; Sep. 22, 2021; Sep. 23, 2021; Sep. 28, 2021; Sep. 29, 2021; Oct. 1, 2021; Oct. 4, 2021; Oct. 7, 2021; Oct. 8, 2021; Oct. 12, 2021; Oct. 19, 2021; Oct. 20, 2021; Oct. 25, 2021; Oct. 26, 2021; Nov. 1, 2021; Nov. 12, 2021 |
| ASND | Account 8 | April 3, 2023 |
| ASNS | Account 8 | May 4, 2023 |
| ASTI | Account 9 | Sep. 13, 2023 |
| ATGL | Account 9; Account 10 | Nov. 1, 2023; Nov. 15, 2023; Nov. 16, 2023; Nov. 20, 2023; Nov. 21, 2023; Nov. 27, 2023 |
| ATLX | Account 7; Account 8; Account 9 | Jan. 18, 2023; May 4, 2023; May 5, 2023; May 9, 2023; May 10, 2023; May 11, 2023; May 16, 2023; May 23, 2023; Nov. 20, 2023 |
| ATNF | Account 7 | Dec. 20, 2022 |
| ATXG | Account 8 | July 11, 2023 |
| AURC | Account 8 | July 25, 2023; July 26, 2023; July 27, 2023 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| AUVI | Account 3 | June 3, 2021; June 4, 2021 |
| AVGR | Account 9 | Sep. 20, 2023; Sep. 27, 2023 |
| AWX | Account 3 | Aug. 9, 2021 |
| AXLA | Account 9 | Sep. 28, 2023; Sep. 29, 2023; Oct. 2, 2023 |
| AXSM | Account 1 | April 19, 2022 |
| BANL | Account 8 | March 27, 2023; March 28, 2023; March 29, 2023; March 30, 2023 |
| BAOS | Account 8 | May 2, 2023; June 8, 2023; June 9, 2023 |
| BBAI | Account 1 | May 18, 2022 |
| BBBY | Account 3 | June 2, 2021 |
| BDRX | Account 8 | July 14, 2023 |
| BENF | Account 8 | June 14, 2023; June 15, 2023 |
| BFRG | Account 8 | April 4, 2023; May 31, 2023 |
| BGLC | Account 8 | July 21, 2023 |
| BGXX | Account 1 | May 18, 2022 |
| BIOC | Account 8 | May 24, 2023 |
| BIVI | Account 7 | Dec. 15, 2022 |
| BJDX | Account 8 | July 24, 2023; July 25, 2023; July 28, 2023 |
| BKKT | Account 4; Account 7 | Nov. 11, 2021; Nov. 12, 2021; Nov. 19, 2021; Jan. 12, 2023 |
| BLBD | Account 8 | May 12, 2023 |
| BLBX | Account 8 | April 17, 2023 |
| BLTE | Account 1 | May 3, 2022 |
| BLUW | Account 5 | Sep. 8, 2021 |
| BLZE | Account 4 | Nov. 17, 2021 |
| BNTX | Account 3; Account 5 | Aug. 12, 2021; Aug. 17, 2021 |
| BODI | Account 9 | Nov. 22, 2023 |
| BOH | Account 8 | May 12, 2023 |
| BON | Account 4; Account 5 | July 6, 2021; July 14, 2021; July 15, 2021; July 16, 2021; Oct. 20, 2021 |
| BRCC | Account 1 | Feb. 17, 2022; April 19, 2022; June 29, 2022 |
| BRFH | Account 4 | Jan. 25, 2022 |
| BROS | Account 1; Account 4 | Sep. 17, 2021; Feb. 1, 2022 |
| BTAI | Account 8 | July 6, 2023 |
| BTB | Account 7 | Jan. 17, 2023 |
| BTCM | Account 7 | Jan. 17, 2023 |
| BTTX | Account 4 | Nov. 1, 2021; Nov. 3, 2021 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| BWV | Account 1 | April 7, 2022; April 8, 2022; May 17, 2022 |
| CAR | Account 4 | Nov. 5, 2021 |
| CARG | Account 1 | Feb. 25, 2022 |
| CARV | Account 3; Account 4; Account 5 | June 7, 2021; June 8, 2021; June 11, 2021; June 24, 2021; June 29, 2021; July 7, 2021; July 8, 2021; July 9, 2021; July 13, 2021; July 15, 2021; July 19, 2021; July 20, 2021; July 21, 2021; Aug. 9, 2021; Aug. 10, 2021; Aug. 16, 2021; Sep. 28, 2021; Oct. 1, 2021; Oct. 25, 2021 |
| CAVA | Account 8 | June 15, 2023; July 13, 2023 |
| CCG | Account 9 | Sep. 18, 2023; Sep. 25, 2023; Sep. 26, 2023; Sep. 28, 2023; Oct. 3, 2023 |
| CCXI | Account 4 | Oct. 8, 2021 |
| CDT | Account 9 | Sep. 26, 2023; Sep. 27, 2023 |
| CETX | Account 6; Account 7 | Feb. 1, 2023; Feb. 2, 2023; Feb. 9, 2023 |
| CFFE | Account 9 | Sep. 20, 2023; Sep. 29, 2023; Oct. 2, 2023 |
| CJET | Account 8 | June 5, 2023 |
| CJJD | Account 7 | Dec. 12, 2022 |
| CLBR | Account 8 | July 19, 2023 |
| CLOV | Account 3; Account 4 | June 14, 2021 |
| CMA | Account 8 | May 4, 2023 |
| CMMB | Account 3; Account 4; Account 5 | June 10, 2021; Aug. 27, 2021; Nov. 1, 2021; Dec. 21, 2021 |
| COHN | Account 3; Account 5 | June 14, 2021; July 8, 2021; July 9, 2021; July 16, 2021; Aug. 16, 2021 |
| COSM | Account 7 | Jan. 24, 2023 |
| CPOP | Account 4; Account 5 | July 1, 2021; July 2, 2021; July 7, 2021; July 13, 2021; July 15, 2021; July 21, 2021; Oct. 29, 2021 |
| CPTN | Account 1 | Feb. 23, 2022 |
| CVNA | Account 1 | Feb. 25, 2022 |
| CWD | Account 8 | May 18, 2023 |
| CXAI | Account 8 | April 13, 2023; April 14, 2023; April 17, 2023; April 18, 2023; April 19, 2023; April 20, 2023; April 25, 2023; April 26, 2023; May 26, 2023; May 30, 2023; June 1, 2023; June 5, 2023; June 6, 2023; June 7, 2023 |
| DATS | Account 4 | Sep. 29, 2021; Oct. 5, 2021 |
| DBGI | Account 9 | Sep. 5, 2023; Sep. 6, 2023; Sep. 12, 2023 |

Page **4** of **17**

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| DDL | Account 3; Account 5 | June 30, 2021; June 30, 2021 |
| DFLI | Account 7 | Dec. 19, 2022 |
| DHHC | Account 8 | March 23, 2023 |
| DJT | Account 9 | Sep. 5, 2023 |
| DKDCA | Account 10 | Oct. 25, 2023 |
| DLPN | Account 3; Account 5 | June 9, 2021; July 26, 2021 |
| DOCU | Account 4 | Dec. 3, 2021 |
| DOGZ | Account 4; Account 10 | Jan. 6, 2022; Jan. 2, 2024 |
| DPSI | Account 1 | May 9, 2022 |
| DQ | Account 5 | July 23, 2021 |
| DRTS | Account 1; Account 4 | March 24, 2022; April 21, 2022; July 5, 2022 |
| DTOC | Account 9 | Sep. 19, 2023; Sep. 20, 2023 |
| DUOL | Account 5 | July 28, 2021; Sep. 3, 2021 |
| DWAC | Account 1; Account 2; Account 4 | Oct. 26, 2021; Oct. 27, 2021; Oct. 28, 2021; Oct. 29, 2021; Nov. 4, 2021; Nov. 12, 2021; Nov. 16, 2021; Nov. 19, 2021; Nov. 24, 2021; Dec. 2, 2021; Dec. 7, 2021; Dec. 8, 2021; Dec. 13, 2021; Jan. 7, 2022; Jan. 10, 2022; Jan. 12, 2022; Jan. 13, 2022; Jan. 14, 2022; Jan. 18, 2022; Jan. 19, 2022 ; Jan. 20, 2022 ; Jan. 24, 2022 ; July 12, 2022 |
| DWACW | Account 4 | Oct. 22, 2021; Oct. 28, 2021 |
| DY | Account 7 | Nov. 22, 2022 |
| EAST | Account 8 | June 14, 2023 |
| EBON | Account 7; Account 8 | Jan. 13, 2023; Jan. 17, 2023; July 11, 2023 |
| EDBL | Account 7 | Jan. 30, 2023; Jan. 31, 2023; Feb. 1, 2023 |
| EDRY | Account 3 | June 4, 2021; June 7, 2021; June 8, 2021 |
| EDTX | Account 8 | June 15, 2023; June 20, 2023; July 7, 2023 |
| EEIQ | Account 4 | Sep. 16, 2021; Sep. 27, 2021 |
| EFTR | Account 4; Account 5 | Sep. 7, 2021; Sep. 8, 2021; Sep. 9, 2021; Sep. 15, 2021; Sep. 16, 2021; Sep. 29, 2021; Oct. 4, 2021; Oct. 13, 2021; Oct. 14, 2021; Oct. 15, 2021 |
| EH | Account 3; Account 5 | May 27, 2021; June 7, 2021 |
| EHTH | Account 1 | March 1, 2022 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| ELOX | Account 8 | April 5, 2023; April 6, 2023; April 10, 2023; April 11, 2023; April 12, 2023; May 16, 2023; May 17, 2023 |
| ENVB | Account 8 | May 18, 2023 |
| EVBG | Account 4 | Dec. 10, 2021 |
| EVLO | Account 8 | July 18, 2023; July 19, 2023; July 20, 2023 |
| EVTL | Account 1 | April 13, 2022 |
| FBYD | Account 10 | Oct. 18, 2023 |
| FCUV | Account 4; Account 5 | Sep. 1, 2021; Sep. 3, 2021; Sep. 7, 2021; Sep. 8, 2021; Oct. 12, 2021; Oct. 13, 2021; Oct. 14, 2021; Nov. 11, 2021 |
| FEMY | Account 5 | July 13, 2021; July 20, 2021; July 21, 2021 |
| FFIE | Account 1 | July 5, 2022 |
| FLGC | Account 3; Account 5 | Aug. 5, 2021; Aug. 6, 2021; Aug. 9, 2021; Aug. 10, 2021; Aug. 24, 2021 |
| FRGE | Account 1; Account 4 | March 22, 2022; March 25, 2022; March 28, 2022; March 30, 2022; March 31, 2022; April 18, 2022; April 22, 2022; April 27, 2022; April 29, 2022; May 2, 2022; May 3, 2022; May 4, 2022; June 1, 2022 |
| FRLN | Account 5; Account 8 | July 19, 2021; May 22, 2023; July 12, 2023; July 13, 2023 |
| FULC | Account 3 | Aug. 10, 2021 |
| FUTU | Account 5 | July 27, 2021 |
| FWBI | Account 7 | Feb. 2, 2023 |
| FWP | Account 5 | July 19, 2021; July 21, 2021; July 22, 2021; July 23, 2021; July 26, 2021 |
| FZT | Account 9 | Sep. 26, 2023 |
| G5140V112 | Account 10 | Dec. 22, 2023 |
| G7244A119 | Account 9; Account 10 | Aug. 22, 2023; Oct. 10, 2023 |
| GAMB | Account 5 | Aug. 30, 2021 |
| GBR | Account 3 | June 1, 2021 |
| GCT | Account 7; Account 9 | Nov. 28, 2022; Sep. 11, 2023 |
| GDC | Account 8 | May 1, 2023 |
| GDHG | Account 10 | Nov. 14, 2023 |
| GDYN | Account 1 | Feb. 24, 2022 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| GFAI | Account 6; Account 8 | Feb. 14, 2023; March 31, 2023; April 3, 2023; April 4, 2023; April 5, 2023; April 6, 2023; April 10, 2023; April 11, 2023; April 12, 2023; April 13, 2023; April 14, 2023; April 17, 2023; April 20, 2023; May 4, 2023; May 8, 2023 |
| GLBE | Account 1 | May 17, 2022 |
| GLSI | Account 1; Account 5 | Sep. 7, 2021; July 12, 2022 |
| GLTA | Account 8 | July 7, 2023 |
| GME | Account 4; Account 5 | July 20, 2021; Oct. 11, 2021 |
| GME---220401C00185000 | Account 4 | March 29, 2022 |
| GMVD | Account 7 | Jan. 30, 2023 |
| GNS | Account 1 | April 22, 2022; April29, 2022 |
| GOCO | Account 7 | Nov. 28, 2022 |
| GOOGL-220204P02900000 | Account 1 | Feb. 2, 2022 |
| GREE | Account 2; Account 4; Account 8 | Sep. 21, 2021; Sep. 22, 2021; Sep. 30, 2021; Oct. 1, 2021; Oct. 4, 2021; Oct. 5, 2021; Oct. 11, 2021; Oct. 13, 2021; Oct. 18, 2021; Oct. 26, 2021; Oct. 27, 2021; Oct. 29, 2021; Nov. 1, 2021; Nov. 5, 2021; Nov. 30, 2021; July 10, 2023 |
| GRND | Account 7 | Nov. 18, 2022 |
| GROV | Account 1 | July 7, 2022; July 8, 2022 |
| GRRR | Account 7 | Dec. 28, 2022; Jan. 19, 2023 |
| GSUN | Account 1 | June 23, 2022 |
| GWH | Account 4 | Oct. 12, 2021; Oct. 14, 2021; Oct. 15, 2021 |
| GXGX | Account 5 | July 16, 2021 |
| GYRE | Account 9 | Nov. 24, 2023; Nov. 28, 2023 |
| HCDI | Account 8 | May 4, 2023; May 10, 2023 |
| HEPA | Account 8 | May 23, 2023; May 24, 2023; May 25, 2023 |
| HGTY | Account 4 | Dec. 3, 2021 |
| HHGC | Account 8 | July 25, 2023 |
| HIBB | Account 7 | Nov. 29, 2022 |
| HKD | Account 8 | April 11, 2023 |
| HKIT | Account 9 | Aug. 22, 2023; Aug. 25, 2023 |
| HLBZ | Account 4; Account 5 | Sep. 9, 2021; Sep. 10, 2021; Sep. 16, 2021; Sep. 22, 2021; Sep. 27, 2021; Sep. 28, 2021; Oct. 18, 2021; Oct. 19, 2021 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| HOOD | Account 3 | Aug. 6, 2021 |
| HOTH | Account 7 | Jan. 4, 2023 |
| HRMY | Account 8 | March 28, 2023 |
| HTGM | Account 7 | Dec. 27, 2022 |
| HUDI | Account 1; Account 4; Account 7; Account 8 | Oct. 21, 2021; Oct. 25, 2021; Oct. 26, 2021; Oct. 27, 2021; Nov. 10, 2021; May 10, 2022; Nov. 11, 2022; May 1, 2023 |
| HX | Account 4 | Oct. 21, 2021 |
| ICCT | Account 9 | Aug. 30, 2023; Aug. 31, 2023; Sep. 6, 2023 |
| ICVX | Account 3; Account 7 | July 30, 2021; Aug. 2, 2021; Aug. 4, 2021; Dec. 16, 2022 |
| IEP | Account 8 | May 25, 2023 |
| IHT | Account 3 | June 8, 2021 |
| IKNA | Account 5 | July 20, 2021 |
| IKNX | Account 3; Account 5 | June 28, 2021; Aug. 27, 2021 |
| IMPL | Account 3; Account 5 | Aug. 19, 2021; Sep. 3, 2021 |
| IMTE | Account 1; Account 4 | Jan. 14, 2022; Jan. 20, 2022; Jan. 28, 2022; March 31, 2022; April 1, 2022; April 4, 2022 |
| INDO | Account 1; Account 4 | Feb. 2, 2022; March 4, 2022; March 8, 2022; March 9, 2022; March 11, 2022; March 14, 2022; March 17, 2022; May 16, 2022 |
| INGN | Account 3 | Aug. 5, 2021 |
| IPW | Account 3 | June 30, 2021 |
| IRNT | Account 4; Account 5 | Sep. 7, 2021; Sep. 8, 2021; Sep. 10, 2021; Sep. 21, 2021 |
| ISIG | Account 2; Account 4 | Dec. 9, 2021; Dec. 13, 2021; Dec. 14, 2021; Dec. 17, 2021; Dec. 29, 2021; Dec. 31, 2021; Jan. 3, 2022; Jan. 4, 2022; Jan. 6, 2022; Jan. 7, 2022; Jan. 10, 2022; Jan. 18, 2022; March 15, 2022; March 30, 2022; April 4, 2022 |
| ISPC | Account 4 | Nov. 23, 2021; Nov. 24, 2021; Nov. 29, 2021; Nov. 30, 2021; Dec. 3, 2021; Dec. 6, 2021 |
| ISPO | Account 1 | Feb. 18, 2022; Feb. 22, 2022; Feb. 25, 2022 |
| ISPR | Account 10 | Nov. 15, 2023 |
| ISUN | Account 3 | June 8, 2021 |
| JCS | Account 4 | Sep. 14, 2021 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| JCSE | Account 1 | April 27, 2022; May 10, 2022 |
| JGGC | Account 10 | Oct. 25, 2023; Nov. 7, 2023; Nov. 10, 2023 |
| JMAC | Account 8 | March 22, 2023 |
| JSPR | Account 4 | Sep. 29, 2021; Oct. 4, 2021; Oct. 5, 2021; Oct. 6, 2021; Oct. 8, 2021; Oct. 14, 2021 |
| JWAC | Account 8 | May 3, 2023 |
| JYNT | Account 4 | Oct. 7, 2021 |
| KAL | Account 7 | Feb. 6, 2023 |
| KALA | Account 6; Account 7 Account 8 | Jan. 12, 2023; Jan. 20, 2023; Jan. 26, 2023; Jan. 27, 2023; Feb. 10, 2023; April 11, 2023 |
| KAVL | Account 5 | Sep. 7, 2021 |
| KBSF | Account 5 | July 7, 2021 |
| KOSS | Account 3; Account 4 Account 5 | June 3, 2021; Aug. 13, 2021; Aug. 24, 2021; Jan. 3, 2022; Jan. 26, 2022 |
| KPRX | Account 6 | Feb. 9, 2023 |
| KRRO | Account 10 | Nov. 9, 2023; Nov. 10, 2023; Nov. 13, 2023 |
| KSPN | Account 1 | July 12, 2022 |
| KTRA | Account 7 | Dec. 9, 2022 |
| LDWY | Account 9 | Aug. 25, 2023; Aug. 28, 2023 |
| LEDS | Account 3; Account 5 | June 1, 2021; June 3, 2021; June 7, 2021; June 23, 2021; June 24, 2021; July 14, 2021 |
| LEJU | Account 8 | June 12, 2023 |
| LFLY | Account 9 | Sep. 15, 2023; Sep. 18, 2023 |
| LGVN | Account 1; Account 4 | Nov. 19, 2021; Nov. 23, 2021; Nov. 26, 2021; Nov. 29, 2021; Dec. 6, 2021; April 20, 2022 |
| LIFW | Account 10 | Nov. 6, 2023 |
| LIPO | Account 7 | Jan. 11, 2023 |
| LIVE | Account 3 | Aug. 4, 2021 |
| LIXT | Account 8 | July 17, 2023 |
| LMDX | Account 4 | Sep. 30, 2021 |
| LTRY | Account 4 | Nov. 8, 2021 |
| LUNR | Account 8 | Feb. 17, 2023; Feb. 22, 2023; March 16, 2023; June 12, 2023 |
| LWAY | Account 10 | Nov. 14, 2023 |
| LYT | Account 1 | July 6, 2022 |
| LZM | Account 8 | July 6, 2023 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| MARPS | Account 1; Account 4 | March 4, 2022; March 7, 2022; March 8, 2022; March 9, 2022; March 10, 2022; March 17, 2022; May 16, 2022 |
| MASI | Account 1 | Feb. 16, 2022 |
| MCAF | Account 9 | Nov. 21, 2023 |
| MDIA | Account 3 Account 5 | July 13, 2021; July 14, 2021; July 19, 2021; July 29, 2021; Aug. 10, 2021 |
| MGOL | Account 8 | June 12, 2023 |
| MGRM | Account 8 | May 19, 2023; May 23, 2023 |
| MINM | Account 8 | May 2, 2023; May 5, 2023; May 11, 2023 |
| MITQ | Account 5 | July 9, 2021; July 14, 2021; July 26, 2021 |
| MNDY | Account 1 | Feb. 23, 2022 |
| MNTS | Account 10 | Oct. 12, 2023 |
| MOH | Account 10 | Oct. 26, 2023 |
| MOXC | Account 3; Account 4 Account 5 | June 21, 2021; June 22, 2021; June 23, 2021; June 24, 2021; June 25, 2021; June 29, 2021; June 30, 2021; July 2, 2021; July 6, 2021; July 8, 2021; July 9, 2021; July 12, 2021; July 13, 2021; July 13, 2021; July 15, 2021; July 16, 2021; July 19, 2021; July 23, 2021 |
| MRIN | Account 5 | July 8, 2021; July 28, 2021 |
| MRNA | Account 4; Account 5 | July 16, 2021; Dec. 10, 2021 |
| MRVI | Account 8 | May 16, 2023 |
| MSAI | Account 10 | Dec. 22, 2023 |
| MSC | Account 5 | July 26, 2021 |
| MSGM | Account 6; Account 7 Account 8 | Jan. 31, 2023; Feb. 1, 2023; Feb. 8, 2023; Feb. 10, 2023; April 6, 2023 |
| MSS | Account 10 | Oct. 6, 2023 |
| MULN | Account 10 | Dec. 22, 2023 |
| MURF | Account 9 | Sep. 19, 2023; Sep. 22, 2023 |
| MWG | Account 8 | April 5, 2023; April 11, 2023 |
| MXC | Account 1; Account 4 Account 5 | July 14, 2021; Oct. 4, 2021; Oct. 5, 2021; March 4, 2022; March 7, 2022; March 8, 2022; March 17, 2022; April 14, 2022 |
| MYNZ | Account 4 | Jan. 14, 2022 |
| MYO | Account 3; Account 4 | Aug. 10, 2021; Jan. 10, 2022 |
| NAAS | Account 8 | March 24, 2023 |
| NARI | Account 10 | Nov. 2, 2023 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| NBTX | Account 8 | May 5, 2023 |
| NEGG | Account 3; Account 4 Account 5 | July 1, 2021; July 2, 2021; July 12, 2021; July 13, 2021; July 14, 2021; July 15, 2021; July 16, 2021; July 19, 2021; July 20, 2021; July 29, 2021; Aug. 9, 2021; Nov. 15, 2021 |
| NFLX | Account 4 | Jan. 20, 2022 |
| NIR | Account 8 | March 24, 2023; April 14, 2023; April 17, 2023; April 20, 2023 |
| NKTX | Account 1 | April 25, 2022; April 27, 2022 |
| NOGN | Account 8 | April 3, 2023 |
| NRXP | Account 5 | July 26, 2021; July 27, 2021 |
| NSYS | Account 3; Account 5 | June 29, 2021; July 26, 2021 |
| NTRB | Account 4 | Oct. 7, 2021; Oct. 8, 2021; Jan. 4, 2022 |
| NTRP | Account 10 | Oct. 18, 2023 |
| NURO | Account 5 | July 21, 2021; July 22, 2021; July 23, 2021; July 27, 2021; July 28, 2021 |
| NUWE | Account 7 | Dec. 13, 2022 |
| NUZE | Account 7 | Jan. 19, 2023 |
| NVAX | Account 4; Account 5 | July 19, 2021; Dec. 2, 2021 |
| NVCT | Account 1 | April 6, 2022; April 7, 2022 |
| NVDA | Account 4 | Nov. 23, 2021 |
| NVEI | Account 4 | Dec. 8, 2021 |
| NWGL | Account 9 | Sep. 12, 2023 |
| NXTT | Account 9; Account 10 | Aug. 24, 2023; Sep. 13, 2023; Oct. 10, 2023 |
| OLIT | Account 10 | Nov. 2, 2023 |
| OMH | Account 8 | May 11, 2023; May 15, 2023; May 16, 2023 |
| ORPH | Account 5 | July 1, 2021; July 16, 2021 |
| OTRK | Account 3; Account 4 | June 9, 2021; Dec. 7, 2021 |
| PAPL | Account 10 | Nov. 9, 2023 |
| PBLA | Account 8 | June 13, 2023 |
| PETZ | Account 5 | June 15, 2021 |
| PEV | Account 1 | June 27, 2022 |
| PHIN | Account 8 | July 10, 2023 |
| PIK | Account 4 | Jan. 12, 2022 |
| PIXY | Account 10 | Nov.06, 2023; Nov. 7, 2023 |
| PKBO | Account 7 | Dec. 5, 2022 |
| PKST | Account 8 | June 12, 2023 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| PLSE | Account 3; Account 5 Account 9 | July 1, 2021; Aug. 4, 2021; Nov. 29, 2023 |
| POLCQ | Account 10 | Dec. 29, 2023 |
| PRAA | Account 8 | May 9, 2023 |
| PRFX | Account 8 | July 14, 2023; July 17, 2023; July 20, 2023 |
| PSQH | Account 8 | July 20, 2023; July 26, 2023; July 27, 2023 |
| PTLO | Account 4 | Nov. 18, 2021 |
| PTON | Account 1 | Feb. 8, 2022 |
| PTPI | Account 8 | April 19, 2023 |
| PUBM | Account 3 | June 9, 2021 |
| PWM | Account 8 | July 7, 2023; July 10, 2023; July 12, 2023; July 17, 2023; July 18, 2023; July 19, 2023 |
| PXMD | Account 10 | Nov. 7, 2023 |
| QSG | Account 8 | May 26, 2023 |
| RANI | Account 4; Account 5 | Aug. 25, 2021; Aug. 26, 2021; Jan. 26, 2022 |
| RAPT | Account 3 | June 14, 2021 |
| RBLX | Account 4 | Nov. 16, 2021 |
| RCLF | Account 9 | Sep. 7, 2023 |
| RDBX | Account 1; Account 4 | Oct. 26, 2021; Oct. 28, 2021; Nov. 5, 2021; Nov. 8, 2021; April 29, 2022; May 4, 2022; June 10, 2022 |
| RGC | Account 4; Account 5 | Aug. 23, 2021; Aug. 26, 2021; Aug. 31, 2021; Sep. 1, 2021; Sep. 22, 2021; Oct. 1, 2021; Oct. 11, 2021 |
| RHE | Account 3; Account 4 | June 24, 2021; Dec. 16, 2021 |
| RILY | Account 10 | Nov. 13, 2023 |
| RIVN | Account 1; Account 4 | Nov. 19, 2021; Nov. 22, 2021; Nov. 23, 2021; Dec. 1, 2021; Dec. 2, 2021; Dec. 7, 2021; Jan. 6, 2022; Feb 1, 2022 |
| RIVN--211119C00160000 | Account 4 | Nov. 16, 2021 |
| RLMD | Account 5 | July 27, 2021 |
| RMED | Account 7 | Dec. 9, 2022 |
| RNA | Account 8 | March 30, 2023 |
| RNXT | Account 5 | Aug. 31, 2021; Sep. 1, 2021 |
| RSLS | Account 3; Account 7 Account 8 | June 28, 2021; Feb. 3, 2023; April 11, 2023 |
| RZLT | Account 5 | May 27, 2021 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| SATX | Account 7 | Dec. 5, 2022 |
| SAVA | Account 5 | July 21, 2021; Aug. 27, 2021 |
| SCKT | Account 5 | July 26, 2021 |
| SCLX | Account 8 | April 5, 2023 |
| SDA | Account 8 | May 23, 2023; May 24, 2023; May 26, 2023; June 1, 2023; June 5, 2023; June 8, 2023; June 12, 2023; June 15, 2023; July 19, 2023; July 20, 2023; July 24, 2023 |
| SECO | Account 7 | Feb. 6, 2023 |
| SEED | Account 1 Account 5 | July 12, 2021; July 28, 2021; March 10, 2022 |
| SEQL | Account 9 | Sep. 18, 2023 |
| SEV | Account 1 Account 4 | Nov. 18, 2021; Nov. 19, 2021; Nov. 22, 2021; April 19, 2022 |
| SEZL | Account 10 | Nov. 10, 2023; Dec. 22, 2023; Dec. 28, 2023 |
| SFWL | Account 8 | May 9, 2023 |
| SGMA | Account 4; Account 8 | Dec. 13, 2021; Dec. 27, 2021; May 4, 2023 |
| SGOC | Account 5 | July 9, 2021; July 12, 2021; July 14, 2021; July 16, 2021 |
| SHOP | Account 1 | April 22, 2022 |
| SI | Account 4 | Oct. 7, 2021 |
| SIDU | Account 1 | March 4, 2022 |
| SJ | Account 5 | July 15, 2021 |
| SKYH | Account 1; Account 4 | March 1, 2022; March 2, 2022; March 18, 2022; April 13, 2022; April 25, 2022; May 6, 2022; May 10, 2022 |
| SMCI | Account 8 | May 26, 2023 |
| SMLR | Account 1 Account 7 | March 1, 2022; Feb. 6, 2023 |
| SNCE | Account 4 | Oct. 14, 2021 |
| SNOW | Account 1 | March 3, 2022 |
| SNPX | Account 4 | Sep. 30, 2021; Oct. 12, 2021; Oct. 13, 2021 |
| SNTG | Account 3; Account 5 | July 30, 2021; Aug. 24, 2021 |
| SOAR | Account 9 | Nov. 29, 2023 |
| SOPA | Account 1; Account 4 | Nov. 10, 2021; Nov. 15, 2021; Dec. 23, 2021; Dec. 29, 2021; June 7, 2022 |
| SOS | Account 7 | Jan. 17, 2023 |
| SOUN | Account 1 | May 2, 2022; May 3, 2022; May 4, 2022 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| SPPL | Account 9 | Sep. 15, 2023 |
| SPRC | Account 10 | Oct. 17, 2023; Oct. 20, 2023; Oct. 31, 2023 |
| SPXW--211203P04530000 | Account 4 | Dec. 2, 2021 |
| SQBG | Account 5 | July 2, 2021; July 7, 2021; July 12, 2021; July 14, 2021; July 16, 2021; July 19, 2021; July 22, 2021; July 27, 2021; July 28, 2021; Aug. 30, 2021 |
| SRPT | Account 10 | Oct. 31, 2023 |
| SRZN | Account 5 | Sep. 7, 2021 |
| SSNT | Account 3; Account 5 | June 22, 2021; June 30, 2021 |
| SST | Account 1 | April 8, 2022; April 12, 2022; April 13, 2022; April 14, 2022 |
| SWAV | Account 10 | Nov. 7, 2023 |
| SWIN | Account 9 | Sep. 7, 2023; Sep. 8, 2023 |
| SWVL | Account 1 | April 21, 2022; April 22, 2022; April 25, 2022; April 28, 2022 |
| SYM | Account 1 | June 22, 2022 |
| TBLT | Account 1 | May 2, 2022 |
| TCBP | Account 7 | Jan. 18, 2023 |
| TCJH | Account 8 | May 16, 2023; May 23, 2023; May 25, 2023 |
| TKAT | Account 3; Account 5 | May 26, 2021; June 2, 2021; June 9, 2021; June 10, 2021; June 23, 2021; July 26, 2021; Aug. 2, 2021 |
| TKLF | Account 4 | Jan. 18, 2022 |
| TMC | Account 4 | Sep. 13, 2021; Sep. 14, 2021 |
| TNON | Account 1 | May 3, 2022 |
| TOP | Account 1; Account 8 | June 1, 2022; June 23, 2022; April 27, 2023; May 1, 2023; May 4, 2023; May 5, 2023; May 8, 2023 |
| TPST | Account 5; Account 10 | July 9, 2021; July 12, 2021; July 20, 2021; Oct. 12, 2023 |
| TRU | Account 10 | Oct. 24, 2023 |
| TRUP | Account 8 | March 23, 2023 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| TSLA | Account 1; Account 4 | Nov. 15, 2021; Dec. 20, 2021; Jan. 6, 2022; Jan. 10, 2022; Jan. 13, 2022; Jan. 14, 2022; Jan. 18, 2022; Jan. 20, 2022; Jan. 21, 2022; Jan. 24, 2022; Jan. 25, 2022; Jan. 27, 2022; Jan. 28, 2022; Jan. 31, 2022; April 12, 2022; April 20, 2022; April 28, 2022; April 29, 2022; May 20, 2022; May 25, 2022 |
| TSLA-- 220114C01040000 | Account 4 | Jan. 13, 2022 |
| TSLA-- 220204C00900000 | Account 1 | Feb. 3, 2022 |
| TSLA-- 220325C00920000 | Account 4 | March 21, 2022 |
| TSLA-- 220325C01000000 | Account 4 | March 23, 2022 |
| TSLA-- 220325C01020000 | Account 4 | March 23, 2022 |
| TSLA-- 220408C01040000 | Account 1 | April 6, 2022 |
| TSLA-- 220408C01080000 | Account 4 | April 4, 2022 |
| TSLA-- 220408P01045000 | Account 1 | April 7, 2022 |
| TSLA-- 220414C00995000 | Account 1 | April 12, 2022 |
| TSLA-- 220414C01005000 | Account 1 | April 12, 2022 |
| TSLA-- 220414C01015000 | Account 1 | April 12, 2022 |
| TSLA-- 220422C01000000 | Account 1 | April 12, 2022 |
| TSLA-- 220429C01020000 | Account 1 | April 21, 2022 |
| TSLA-- 220513C00775000 | Account 1 | May 13, 2022 |
| TSLA-- 220603C00730000 | Account 1 | June 3, 2022 |
| TSLA-- 220715C00705000 | Account 1 | July 11, 2022 |
| TSP | Account 3 | June 14, 2021; June 30, 2021 |
| TSRI | Account 1; Account 5 | Sep. 9, 2021; Jan. 27, 2022 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| TTOO | Account 10 | Oct. 17, 2023 |
| TYGO | Account 8 | May 24, 2023 |
| TYHT | Account 4; Account 5 | July 8, 2021; Sep. 7, 2021; Sep. 23, 2021 |
| UCAR | Account 8 | April 20, 2023; April 21, 2023; June 1, 2023; June 7, 2023 |
| UHG | Account 8 | March 31, 2023 |
| ULBI | Account 8 | July 27, 2023 |
| UONE | Account 3; Account 5 | June 4, 2021; July 8, 2021 |
| UPST | Account 1; Account 4 Account 5 | Sep. 8, 2021; Nov. 12, 2021; May 19, 2022; May 20, 2022 |
| UPTD | Account 9 | Sep. 5, 2023; Sep. 6, 2023; Sep. 14, 2023; Sep. 18, 2023; Sep. 20, 2023; Sep. 22, 2023 |
| URGN | Account 8 | July 28, 2023 |
| UTME | Account 3; Account 5 | June 21, 2021; June 23, 2021; July 8, 2021; July 15, 2021 |
| UUU | Account 1 | Feb. 24, 2022 |
| VCIG | Account 8; Account 9 | May 8, 2023; Aug. 23, 2023 |
| VERV | Account 3; Account 5 | June 30, 2021; June 30, 2021 |
| VFS | Account 9 | Aug. 22, 2023; Aug. 23, 2023; Aug. 24, 2023; Aug. 25, 2023; Aug. 28, 2023; Aug. 31, 2023 |
| VIEW | Account 8 | July 28, 2023 |
| VIEWQ | Account 10 | Nov. 14, 2023 |
| VLN | Account 4 | Oct. 12, 2021 |
| VRAR | Account 4; Account 5 | July 13, 2021; Nov. 2, 2021; Nov. 15, 2021 |
| VRPX | Account 3; Account 5 | Aug. 17, 2021; Aug. 19, 2021; Aug. 20, 2021; Aug. 23, 2021; Aug. 31, 2021 |
| VSCO | Account 3; Account 5 | Aug. 10, 2021; Aug. 13, 2021 |
| VTVT | Account 9; Account 10 | Nov. 29, 2023; Dec. 29, 2023 |
| VYGR | Account 1 | April 21, 2022 |
| VZIO | Account 5 | June 15, 2021 |
| W | Account 1 | Feb. 24, 2022 |
| WAFU | Account 4; Account 5 | July 28, 2021; Oct. 11, 2021; Oct. 12, 2021 |
| WAL | Account 8 | May 4, 2023 |
| WAVE | Account 4; Account 5 | July 6, 2021; July 8, 2021 |
| WAVS | Account 8 | July 14, 2023 |
| WBEV | Account 1 | April 21, 2022 |

**ATTACHMENT A**

| Tickers for Manipulated Securities | Account(s) | Dates of Manipulative Trading |
|---|---|---|
| WBX | Account 4 | Oct. 26, 2021; Oct. 28, 2021; Nov. 3, 2021; Nov. 8, 2021 |
| WETG | Account 8 | June 14, 2023; June 15, 2023 |
| WHLR | Account 9 | Sep. 7, 2023 |
| WINT | Account 8 | April 17, 2023; April 18, 2023 |
| WISA | Account 7 | Jan. 30, 2023 |
| WISH | Account 3 | June 14, 2021; June 22, 2021 |
| WIX | Account 1 | Feb. 16, 2022 |
| WNW | Account 3 | June 25, 2021 |
| WOLF | Account 8 | April 27, 2023 |
| XELA | Account 8 | May 17, 2023; May 18, 2023 |
| XMTR | Account 4; Account 5 | July 19, 2021; Nov. 12, 2021 |
| XPOF | Account 4 | Oct. 15, 2021; Oct. 18, 2021 |
| XPON | Account 7 | Jan. 12, 2023 |
| XYF | Account 4; Account 5 | June 15, 2021; July 8, 2021 |
| YOSH | Account 10 | Jan. 2, 2024 |
| Z | Account 4 | Nov. 23, 2021 |
| ZJYL | Account 8 | June 12, 2023 |
| ZURA | Account 8 | March 23, 2023; March 24, 2023; March 27, 2023; May 16, 2023 |
| ZY | Account 3 | Aug. 5, 2021 |